IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAIAH I. BRADY,<br><br>                            Plaintiff,<br><br>     v.<br><br>WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, as Independent Executor of the Estate of Saleh Obaisi, JANE DOE "NURSE LYDIA", UNKNOWN HEALTH CARE UNIT ADMINISTRATOR, and JOHN DOE CORRECTIONAL OFFICER,<br><br>                            Defendants. | Case Number: 18-cv-5612<br><br>Judge: Franklin U. Valderrama<br><br>Magistrate Judge: Heather K. McShain |

**JOINT STATUS REPORT BY PLAINTIFF ISAIAH I. BRADY AND
DEFENDANTS WEXFORD HEALTH SOURCES, INC. AND GHALIAH OBAISI,
AS INDEPENDENT EXECUTOR OF THE ESTATE OF SALEH OBAISI,
REGARDING THE COURT'S AUGUST 14, 2020 ORDER**

Pursuant to the Court's August 14, 2020 Minute Entry (ECF No. 80), plaintiff Isaiah I. Brady and defendants Wexford Health Sources, Inc. and Ghaliah Obaisi, as Independent Executor of the Estate of Saleh Obaisi (collectively the "Wexford defendants"), after having met and conferred, hereby submit this Joint Status Report.

**STATUS OF DISCOVERY**

The parties have propounded their respective First Sets of Interrogatories and Document Requests. On November 11, 2020, Plaintiff provided his written responses to the Wexford defendants' discovery requests. The Wexford defendants are working to respond to plaintiff's discovery requests and will provide their written responses on or before November 25, 2020.

The Court previously set December 1, 2020 as the deadline for the completion of all written discovery. The parties respectfully request that the parties be allowed to serve additional or follow-up written discovery requests up through February 19, 2021 (two weeks after the deadline for the

completion of fact depositions of parties and third parties) to allow the parties the opportunity to request and obtain information and documents referenced in these to-be-scheduled depositions. The parties respectfully submit that such an extension, if granted, would in no way affect the parties' other remaining obligations and deadlines under the Court's Case Management Order.

The parties are working to schedule the fact depositions of all parties and third parties during the period set forth in the Case Management Order (*i.e.*, before February 5, 2021). The parties agree to work collaboratively regarding the scheduling and conduct of these depositions. If additional time is needed to complete fact deposition discovery, the parties will follow up with the Court in late January.

## STATUS OF SETTLEMENT DISCUSSIONS

To date, the parties have not yet engaged in settlement discussions and do not believe settlement discussions would be productive at this early stage of litigation.

## OTHER ISSUES TO BE BROUGHT TO THE COURT'S ATTENTION

The parties are not aware of any other issues that need to be brought to the Court's attention at this time.

Dated: November 16, 2020

*/s/ Terrence J. Truax*
Terrence J. Truax
Michael J. DeMar
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
*Attorney(s) for Isaiah I. Brady*

*/s/ Sandra L. Byrd*
Matthew H. Weller
Sandra Lynn Byrd
Brett R. Furmanksi
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, Illinois 60606
Telephone: 312 641-3100
Facsimile: 312 444-1669
MWeller@cassiday.com
SByrd@cassiday.com
BFurmanski@cassiday.com
*Attorney(s) for Wexford Health Sources, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

Dated: November 16, 2020

*/s/ Terrence J. Truax*
Terrence J. Truax
Michael J. DeMar
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com