IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAIAH I. BRADY,<br><br>                Plaintiff,<br><br>    v.<br><br>WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, as Independent Executor of the Estate of Saleh Obaisi, JANE DOE "NURSE LYDIA", UNKNOWN HEALTH CARE UNIT ADMINISTRATOR, and JOHN DOE CORRECTIONAL OFFICER,<br><br>                Defendants. | Case Number: 18-cv-5612<br><br>Judge: Franklin U. Valderrama<br><br>Magistrate Judge:  Heather K. McShain |

**JOINT STATUS REPORT BY PLAINTIFF ISAIAH I. BRADY AND
DEFENDANTS WEXFORD HEALTH SOURCES, INC. AND GHALIAH OBAISI,
AS INDEPENDENT EXECUTOR OF THE ESTATE OF SALEH OBAISI,
REGARDING THE COURT'S NOVEMBER 16, 2020 ORDER**

Pursuant to the Court's November 16, 2020 Minute Entry (ECF No. 93), plaintiff Isaiah I. Brady and defendants Wexford Health Sources, Inc. and Ghaliah Obaisi, as Independent Executor of the Estate of Saleh Obaisi (collectively the "Wexford defendants"), hereby submit this Joint Status Report.

**STATUS OF DISCOVERY**

The parties have propounded their respective First Sets of Interrogatories and Document Requests.  Plaintiff and Wexford have served their answers and responses.  Defendant Obaisi is in the process of reviewing and verifying her answers and responses.  Plaintiff has requested a meet and confer with counsel for Wexford regarding the adequacy of its discovery responses.

Plaintiff has identified several Wexford witnesses that he intends to notice for deposition and defendant Wexford will be working with counsel for plaintiffs to schedule those depositions.

Defendant Wexford also is working to schedule the deposition of Mr. Brady. The parties will endeavor to conduct these initial depositions in January and early February.

## STATUS OF SETTLEMENT DISCUSSIONS

To date, the parties have not yet engaged in settlement discussions and do not believe settlement discussions would be productive at this early stage of litigation.

## OTHER ISSUES TO BE BROUGHT TO THE COURT'S ATTENTION

The parties are not aware of any other issues that need to be brought to the Court's attention at this time.

Dated: January 4, 2021

/s/ Terrence J. Truax
Terrence J. Truax
Michael J. DeMar
Maria C. Gonzalez
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
MGonzalez@jenner.com
*Attorney(s) for Isaiah I. Brady*

/s/ Sandra L. Byrd
Matthew H. Weller
Sandra Lynn Byrd
Brett R. Furmanksi
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, Illinois 60606
Telephone: 312 641-3100
Facsimile: 312 444-1669
MWeller@cassiday.com
SByrd@cassiday.com
BFurmanski@cassiday.com
*Attorney(s) for Wexford Health Sources, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2021, I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

Dated: January 4, 2021

*/s/ Terrence J. Truax*
Terrence J. Truax
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com