**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ISAIAH I. BRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:18-cv-05612 |
| v. | ) | |
| | ) | Judge: Franklin U. Valderrama |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| GHALIAH OBAISI, as Independent Executor of | ) | Magistrate Judge: Heather K. McShain |
| the Estate of Saleh Obaisi, JANE DOE "NURSE | ) | |
| LYDIA," UNKNOWN HEALTH CARE UNIT | ) | |
| ADMINISTRATOR, and JOHN DOE | ) | |
| CORRECTIONAL OFFICER, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES

Plaintiff Isaiah Brady ("Mr. Brady" or "Plaintiff") and Defendant Wexford Health Sources, Inc. ("Defendant" of "Defendant Wexford"), collectively known as "the parties," by their attorneys, respectfully move for an order to extend the outstanding Case Management Order deadlines by 90 days. In support, the Parties state as follows:

1. Plaintiff filed his pro se complaint on August 16, 2018. On February 11, 2020, the Court appointed Terrence J. Truax to represent Mr. Brady, following the withdrawal of earlier appointed counsel. (Dkt. 63). Since that appointment and counsel's appearance in May 2020 (Dkt. 71), Mr. Brady filed a Second Amended Complaint. (Dkt. 84). Defendants answered the Second Amended Complaint (Dkt. 87), and have moved forward with document and other discovery.

2. The current discovery schedule in place directs the parties to complete written discovery by December 1, 2020; fact depositions of parties and third parties by February 5, 2021; and expert discovery by April 19, 2021. (Dkt. 80).

3. The parties have exchanged and responded to each other's written discovery requests pursuant to the written discovery deadline of December 1, 2020. The parties have met and conferred regarding the sufficiency of certain discovery responses. Both of the parties have identified several fact witnesses to depose and agreed to conduct these depositions through video conferencing software.

4. Due to the COVID-19 pandemic, the scheduling of these depositions has proved more difficult than expected. Several of the fact witnesses are essential healthcare workers at Illinois correctional centers where COVID-19 cases surged in late-December 2020 and early-January 2021. Additionally, at Menard Correctional Center where Plaintiff is incarcerated, there is limited availability for video conference depositions. Currently, the earliest availability for a video conference deposition is March 5, 2021.

5. Accordingly, in order to complete these fact witness depositions, expert witness discovery, and summary judgment motions, the Parties respectfully request a 90-day extension of all remaining case management deadlines as follows:

a. An extension of fact witness depositions deadline until May 6, 2021;

b. An extension for Plaintiff's deadline to produce an expert report, if any, until May 20, 2021;

c. An extension for Defendant Wexford's deadline to produce an expert report, if any, until June 17, 2021;

d. An extension of the Parties' deadline to complete expert deposition until July 19, 2021; and

e. An extension of Parties' deadline to file a summary judgment motion pursuant to Fed. R. Civ. P. 56 until August 17, 2021.

6. Counsel for the parties are very mindful of the Court's directive to move forward with discovery even while COVID-19 restrictions remain in place, and as noted above, the parties are pressing ahead. But, given the various logistics, the modest extension in the schedule is necessary to complete fact and expert discovery in this matter.

WHEREFORE, the Parties respectfully request that the Court extend each of the remaining Case Management Order deadlines by 90 days.

Dated: February 4, 2021

/s/ Terrence J. Truax
Terrence J. Truax
Michael J. DeMar
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
Attorney(s) for Isaiah I. Brady

/s/ Sandra L. Byrd
Matthew H. Weller
Sandra Lynn Byrd
Brett R. Furmanksi
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, Illinois 60606
Telephone: 312 641-3100
Facsimile: 312 444-1669
MWeller@cassiday.com
SByrd@cassiday.com
BFurmanski@cassiday.com
Attorney(s) for Wexford Health Sources, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ISAIAH I. BRADY,                              )
                                              )
    Plaintiff,                              )
                                              )
    v.                                      )    No. 1:18-cv-05612
                                              )
WEXFORD HEALTH SOURCES, INC.,                 )    Judge: Franklin U. Valderrama
GHALIAH OBAISI, as Independent Executor of    )
the Estate of Saleh Obaisi, JANE DOE "NURSE   )    Magistrate Judge:  Heather K. McShain
LYDIA," UNKNOWN HEALTH CARE UNIT              )
ADMINISTRATOR, and JOHN DOE                   )
CORRECTIONAL OFFICER,                         )
                                              )
    Defendants.                             )

## PROPOSED ORDER

The Court having considered the Joint Motion for Extension of Case Management Order Deadlines hereby orders that the deadline for the Case Management Order shall be extended 90 days as follows:

    a.    Fact witness depositions will be completed by May 6, 2021;

    b.    Plaintiff will produce an expert report, if any, by May 20, 2021;

    c.    Defendant Wexford will produce an expert report, if any, by June 17, 2021

    d.    Plaintiff and Defendant(s) will complete expert depositions by July 19, 2021; and

    e.    Summary judgment motions pursuant to Fed. R. Civ. P. 56 will be filed by

        August 17, 2021.

SO ORDERED.

February __, 2021        _____

                                HEATHER K. MCSHAIN
                                United States Magistrate Judge