**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ISAIAH I. BRADY, | |
| Plaintiff, | Case Number: 18-cv-5612 |
| vs. | Judge: Franklin U. Valderrama |
| WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, as Independent Executor of the Estate of Saleh Obaisi, JANE DOE "NURSE LYDIA", UNKNOWN HEALTH CARE UNIT ADMINISTRATOR, and JOHN DOE CORRECTIONAL OFFICER | Magistrate Judge: Heather K. McShain |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's January 5, 2021 Minute Entry (Dkt. 95), plaintiff Isaiah I. Brady ("plaintiff") and defendants Wexford Health Sources, Inc. ("Wexford") and Ghaliah Obaisi, as Independent Executor of the Estate of Saleh Obaisi, collectively known as "the parties," hereby submit this Joint Status Report.

## STATUS OF DISCOVERY

The parties are working to advance discovery. Plaintiff has noticed for deposition fact witnesses currently employed by Wexford, as well as a representative from Wexford pursuant to Fed. R. Civ. P. 30(b)(6). Defendant has been working to schedule the deposition of plaintiff, who currently is in the custody of the Illinois Department of Corrections ("IDOC"). The parties met and conferred regarding the adequacy of defendants' discovery responses and the scheduling of depositions by both sides. Following that conference, the parties agreed to submit an Agreed Confidentiality Order to the Court for consideration, and that submission is now in progress. Additionally, the parties agreed to file a Joint Motion to Extend Case Management Order Deadlines (Dkt. 96) given the logistics of scheduling plaintiffs' deposition during COVID and other scheduling limitations. The Court entered an Order on February 5, 2021 adopting the proposed revised schedule (Dkt. 97). The parties are now working to proceed with these initial depositions in late March to early April.

Plaintiff also has served IDOC with a subpoena requesting documents and expects to receive a response from IDOC in early March 2021.

**STATUS OF SETTLEMENT DISCUSSIONS**

To date, the parties have not yet engaged in formal settlement discussions, but have referenced the issue informally. Based on those informal discussions, the parties do not believe a formal settlement process would be productive at this stage of litigation.

**OTHER ISSUES TO BE BROUGHT TO THE COURT'S ATTENTION**

The parties are not aware of any other issues that need to be brought to the Court's attention at this time.

Dated: January 18, 2021

*/s/ Terrence J. Truax*
Terrence J. Truax
Michael J. DeMar
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
*Attorney(s) for Isaiah I. Brady*

*/s/ Sandra L. Byrd*
Matthew H. Weller
Sandra Lynn Byrd
Brett R. Furmanksi
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, Illinois 60606
Telephone: 312 641-3100
Facsimile: 312 444-1669
MWeller@cassiday.com
SByrd@cassiday.com
BFurmanski@cassiday.com
*Attorney(s) for Wexford Health Sources, Inc.*