IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAIAH I. BRADY,<br><br>         Plaintiff,<br><br>  vs.<br><br>WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, as Independent Executor of the Estate of Saleh Obaisi, JANE DOE "NURSE LYDIA", UNKNOWN HEALTH CARE UNIT ADMINISTRATOR, and JOHN DOE CORRECTIONAL OFFICER<br><br>         Defendants. | Case Number: 18-cv-5612<br><br>Judge: Franklin U. Valderrama<br><br>Magistrate Judge: Heather K. McShain |

**JOINT STATUS REPORT**

Pursuant to the Court's February 22, 2021 Minute Entry (Dkt. 98), plaintiff Isaiah I. Brady ("plaintiff") and defendants Wexford Health Sources, Inc. ("Wexford") and Ghaliah Obaisi, as Independent Executor of the Estate of Dr. Saleh Obaisi, collectively known as "the parties," hereby submit this Joint Status Report.

**STATUS OF DISCOVERY**

The parties are working to advance discovery. Plaintiff was deposed by counsel for the defendants on April 26, 2021 at Menard Correctional Facility. Pursuant to Federal Rule of Civil Procedure 30(e), the plaintiff requested to reserve signature of his deposition. Plaintiff will authenticate the record following his review of the transcript. The parties have also scheduled depositions for Dr. Evaristo Aguinaldo and Lidia Diaz—presumed to be defendant "Nurse Lidia"—on April 22 and April 29, 2021, respectively. Presently, parties are negotiating the location of these depositions, as the deponents' location of employment, Stateville Correctional Facility, does not allow the use of laptops or computers to conduct virtual depositions.

The parties are endeavoring to comply with all current discovery deadlines. If scheduling issues related to COVID-19 make compliance impossible, the parties may request, later in April 2021, a further limited extension of the deposition deadline. Plaintiff will serve any additional written discovery requests on defendants by April 12, 2021, with the exception of written discovery requests

related to matters explored at deposition, for which matters plaintiff will make written discovery requests within seven days of the date of deposition.

Plaintiff also served Illinois Department of Corrections ("IDOC") with a subpoena requesting documents and expected to receive a response from IDOC in early March 2021. Plaintiff did not receive responses from IDOC. A state's attorney recently responded to our request and plaintiff expects to finally receive responses to the subpoena within the month.

## STATUS OF SETTLEMENT DISCUSSIONS

To date, the parties have not yet engaged in formal settlement discussions, but have referenced the issue informally. Based on those informal discussions, the parties do not believe a formal settlement process would be productive at this stage of litigation.

## OTHER ISSUES TO BE BROUGHT TO THE COURT'S ATTENTION

The parties are not aware of any other issues that need to be brought to the Court's attention at this time.

Dated: April 1, 2021

                */s/ Terrence J. Truax*
                Terrence J. Truax
                Michael J. DeMar
                JENNER & BLOCK LLP
                353 N. Clark Street
                Chicago, Illinois 60654
                Telephone: 312 923-2738
                Facsimile: 312 840-7738
                TTruax@jenner.com
                MDeMar@jenner.com
                *Attorney(s) for Isaiah I. Brady*

                */s/ Sandra L. Byrd*
                Matthew H. Weller
                Sandra Lynn Byrd
                Brett R. Furmanksi
                CASSIDAY SCHADE LLP
                222 West Adams Street, Suite 2900
                Chicago, Illinois 60606

Telephone: 312 641-3100
Facsimile: 312 444-1669
MWeller@cassiday.com
SByrd@cassiday.com
BFurmanski@cassiday.com
*Attorney(s) for Wexford Health Sources, Inc.*