## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ISAIAH I. BRADY,<br><br>    Plaintiff,<br><br>    v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>GHALIAH OBAISI, as Independent Executor of<br>the Estate of Saleh Obaisi, JANE DOE "NURSE<br>LYDIA," UNKNOWN HEALTH CARE UNIT<br>ADMINISTRATOR, and JOHN DOE<br>CORRECTIONAL OFFICER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. 1:18-cv-05612<br><br>Judge: Franklin U. Valderrama<br><br>Magistrate Judge: Heather K. McShain |

### JOINT MOTION FOR ADDITIONAL EXTENSION OF CASE MANAGEMENT ORDER DEADLINES

Plaintiff Isaiah I. Brady ("plaintiff" or "Mr. Brady") and defendants Wexford Health Sources, Inc. ("Wexford") and Ghaliah Obaisi, as Independent Executor of the Estate of Dr. Saleh Obaisi, collectively known as "the parties," by their attorneys, respectfully move for an order to extend the outstanding Case Management Order deadlines by 60 days.

In support, the parties state as follows:

1.    On February 5, 2021, this Court entered an order to extend fact discovery to May 6, 2021; plaintiff's expert report, if any to May 20, 2021; defendants' expert report, if any, to be produced by June 17, 2021; expert deposition to be completed by July 19, 2021; and summary judgment motions pursuant to Federal Rule of Civil Procedure 56 to be filed by August 17, 2021. (Dkt. 97) It was the parties' first request to extend discovery deadlines.

2.    Fact discovery will not be completed by May 6, 2021 for the following reasons. First, parties have yet to schedule the deposition of fact witness and Wexford employee, LaTonya Williams, as well as the scheduling the deposition of a representative of Wexford pursuant to

Federal Rule of Civil Procedure 30(b)(6).   As background, plaintiff noticed the depositions of these witnesses, in addition to Dr. Evaristo Aguinaldo and Lidia Diaz, on January 22, 2021. Defendants noticed Mr. Brady for a deposition on March 1, 2021.

3.     The deposition of Mr. Brady was conducted at Menard Correctional Center on March 26, 2021.  Plaintiff's counsel reserved signature and are currently reviewing the transcript in accordance with Federal Rule of Civil Procedure 30(e).

4.     Additionally, plaintiff's counsel deposed Wexford employee Dr. Evaristo Aguinaldo on April 22, 2021 at Lewis University and former-Wexford employee Lidia Diaz on April 29, 2021 at Stateville Correctional Center.

5.     Parties are still working to schedule depositions for LaTonya Williams and a Wexford representative pursuant to Federal Rule Civil Procedure 30(b)(6).  As of this date, these depositions have not been scheduled.  Additionally, Ms. Williams will be unavailable to participate in depositions through at least May 24, 2021 due to medical leave. Parties will work to schedule her deposition based on her anticipated availability.

6.     Furthermore, following Mr. Brady's deposition, plaintiff served defendant Wexford with a Second Set of Document Requests on April 12, 2021.  As background, plaintiff has served its original Requests for Production on September 29, 2020.  Request No. 4 specifically requested the personnel files of defendant Dr. Obaisi and "Nurse Lydia."  Defendant Wexford responded to plaintiff's Request for Production on December 7, 2020.  On January 26, 2021, counsel for plaintiff and defendants had a Meet & Confer to discuss defendant Wexford's responses and objections to plaintiff's Requests for Production.  Parties' counsel agreed to file a Confidentiality Order before the production of Request No. 4 and parties consequently filed a Confidentiality Order on February 16, 2021.  Following the deposition of Mr. Brady and in preparation for the deposition of Ms. Diaz, plaintiff filed a Second Set of Document Requests on

April 12, 2021 requesting the personnel files of Dr. Obaisi and Ms. Diaz. Additionally, counsel for the plaintiff clarified that they sought the personnel files of Lidia Diaz in reference to "Nurse Lydia." Plaintiff has yet to receive production of documents pursuant to this request.

7. The COVID-19 pandemic has complicated the scheduling of depositions, which has proved more difficult than expected. The enhanced safety protocols of deposition locations and availability of witnesses, most of whom are essential health care workers in the prison system, has complicated the ability to schedule depositions. Also, as noted above, an extension of time is needed to accommodate for fact witness LaTonya Williams' current leave.

8. Accordingly, in order to complete these fact witness depositions, expert witness discovery, and summary judgment motions, the parties respectfully request a 60-day extension of all remaining case management deadlines as follows:

    a.    An extension of fact witness depositions deadline until July 6, 2021;

    b.    An extension for plaintiff's deadline to produce an expert report, if any, until July 19, 2021;

    c.    An extension for defendants' deadline to produce an expert report, if any, until August 16, 2020;

    d.    An extension of the parties' deadline to complete expert depositions until September 17, 2021; and

    e.    An extension of parties' deadline to file a summary judgment motion pursuant to Federal Rule of Civil Procedure 56 until October 18, 2021.

9. Counsel for the parties are very mindful of the Court's directive to move forward with discovery even while COVID-19 restrictions remain in place, and as noted above, the parties are pressing ahead. Parties have scheduled and completed many of their fact witness depositions. Parties have also kept in communication regarding outstanding document requests, if any, and

followed up on the expected delivery of such documents This additional but modest extension of time to the case deadlines will allow for parties to complete discovery within these deadlines.

WHEREFORE, the parties respectfully request that the Court extend each of the remaining Case Management Order deadlines by 60 days.

Dated: May 3, 2021

/s/ Terrence J. Truax
Terrence J. Truax
Michael J. DeMar
Maria del Carmen Gonzalez
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
MGonzalez@jenner.com
Attorney(s) for Isaiah I. Brady


/s/ Sandra L. Byrd
Matthew H. Weller
Sandra Lynn Byrd
Brett R. Furmanksi
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, Illinois 60606
Telephone: 312 641-3100
Facsimile: 312 444-1669
MWeller@cassiday.com
SByrd@cassiday.com
BFurmanski@cassiday.com
Attorney(s) for Wexford Health Sources, Inc.
