IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAIAH I. BRADY,<br><br>                       Plaintiff,<br><br>     vs.<br><br>WEXFORD HEALTH SOURCES, INC., GHALIAH OBAISI, as Independent Executor of the Estate of Saleh Obaisi, JANE DOE "NURSE LYDIA", UNKNOWN HEALTH CARE UNIT ADMINISTRATOR, and JOHN DOE CORRECTIONAL OFFICER<br><br>                       Defendants. | Case Number: 18-cv-5612<br><br>Judge: Franklin U. Valderrama<br><br>Magistrate Judge: Heather K. McShain |

## JOINT STATUS REPORT

Pursuant to the Court's April 22, 2021 Minute Entry (Dkt. 105), plaintiff Isaiah I. Brady ("plaintiff") and defendants Wexford Health Sources, Inc. ("Wexford") and Ghaliah Obaisi, as Independent Executor of the Estate of Dr. Saleh Obaisi, collectively known as "the parties," hereby submit this Joint Status Report.

### STATUS OF DISCOVERY

The parties are working to advance discovery. Wexford employee Dr. Evaristo Aguinaldo was deposed virtually on April 22, 2021 at Lewis University. Illinois Department of Correction ("IDOC") employee and former-Wexford employee, Lidia Diaz, was deposed on April 29, 2021 at Stateville Correctional Center. Defendants' counsel waived signature for both depositions.

On January 22, 2021, plaintiff noticed Wexford employee, LaTonya Williams, and a representative of Wexford pursuant to Federal Rule of Civil Procedure 30(b)(6). These depositions have yet to be scheduled. LaTonya Williams is currently unavailable for depositions as she is on leave until the end of May. For these reasons, parties have recently filed a Joint Motion to Additionally Extend the Case Management Order on May 3, 2021.

The parties are endeavoring to comply with all current discovery deadlines. Following the deposition of Mr. Brady, plaintiff served defendants with a Second Set of Document Requests on April 12, 2021. Defendants are working on producing documents responsive to this request. As stated in our

previous Joint Status Report, plaintiff will make any other additional written discovery requests related to future depositions within seven days of the date of the deposition. (Dkt. 104)

Additionally, Plaintiff served IDOC with the subpoena for documents on February 16, 2021. On April 1, 2021, a member of Mr. Brady's counsel spoke with State's Attorney Elizabeth Andonova Mallory to discuss when plaintiff could expect the production of documents. IDOC sent a secure link with the production of documents on April 22, 2021, and plaintiff's counsel is currently reviewing IDOC's production.

## STATUS OF SETTLEMENT DISCUSSIONS

To date, the parties have not yet engaged in formal settlement discussions, but have referenced the issue informally. Based on those informal discussions, the parties do not believe a formal settlement process would be productive at this stage of litigation.

## OTHER ISSUES TO BE BROUGHT TO THE COURT'S ATTENTION

The parties are not aware of any other issues that need to be brought to the Court's attention at this time.

Dated: May 3, 2021

*/s/ Terrence J. Truax*
Terrence J. Truax
Maria del Carmen Gonzalez
Michael J. DeMar
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
*Attorney(s) for Isaiah I. Brady*

*/s/ Sandra L. Byrd*
Matthew H. Weller
Sandra Lynn Byrd
Brett R. Furmanksi

>CASSIDAY SCHADE LLP
>222 West Adams Street, Suite 2900
>Chicago, Illinois 60606
>Telephone: 312 641-3100
>Facsimile: 312 444-1669
>MWeller@cassiday.com
>SByrd@cassiday.com
>BFurmanski@cassiday.com
>*Attorney(s) for Wexford Health Sources, Inc.*