IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAIAH I. BRADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEXFORD HEALTH SOURCES, INC., )<br>GHALIAH OBAISI, as Independent Executor of )<br>the Estate of Saleh Obaisi, JANE DOE "NURSE )<br>LYDIA," UNKNOWN HEALTH CARE UNIT )<br>ADMINISTRATOR, and JOHN DOE )<br>CORRECTIONAL OFFICER, )<br>)<br>Defendants. ) | No. 1:18-cv-05612<br><br>Judge: Franklin U. Valderrama<br><br>Magistrate Judge: Heather K. McShain |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Counsel, Terrence J. Truax, respectfully moves this Court for entry of an order allowing him, along with this colleagues, Maria C. González and Michael DeMar, to withdraw as counsel of record on behalf of Plaintiff, Isaiah I. Brady ("Mr. Brady"), and to extend the current discovery deadlines for a reasonable period following the Court's decision on this motion to permit Mr. Brady to complete any outstanding discovery. In support of this Motion, Mr. Truax respectfully states as follows:

1. On February 11, 2020, the Court (Hon. John J. Tharp) appointed me to serve as counsel for plaintiff Isaiah Brady in this action following the appointment and withdrawal of three other appointed counsel. (Dkt. 63.) Shortly after learning of the appointment in Spring of 2020 and then communicating with Judge Tharp's courtroom deputy, I filed my appearance on May 28, 2020. (Dkt. 71.) Promptly, thereafter I communicated with Mr. Brady about the appointment and status of the matter.

2. Following my appointment and initial communications with Mr. Brady, I secured assistance from two junior colleagues to assist me with the representation of Mr. Brady, first Michael DeMar, and later Maria del Carmen González. Mr. DeMar filed his appearance on September 11, 2020 (Dkt. 85.) Ms. González later filed her appearance on April 1, 2021. (Dkt. 104.)

3. Since my appearance on May 28, 2020, and the later appearances of Mr. DeMar and Ms. González, my colleagues and I have worked extensively to represent Mr. Brady in the prosecution of his claims against defendant Wexford Health Resources ("Wexford"), the Estate of Dr. Saleh Obaisi and others. Although Mr. Brady remains in custody at Menard Correctional Center, we have worked hard to keep Mr. Brady advised of the prosecution of the case both through multiple telephone calls and correspondence. Our work, partially but not fully reflected by the public docket in this matter, has included investigating Mr. Brady's claims and then preparing an amended complaint; conducting a review of various documents that had been collected by prior appointed counsel; serving additional document requests and other written discovery requests upon Wexford; issuing subpoenas to certain third parties for relevant documents and then reviewing documents produced in response to those subpoenas; conferring with consulting and potential testifying medical experts; developing a plan for completing deposition discovery; preparing Mr. Brady for his deposition and then defending his deposition; and taking the deposition of two witnesses, specifically current and former Wexford employees.

4. Discovery is not yet complete in the matter. Mr. Brady has issued notices of deposition for both a Rule 30(b)(6) witness from Wexford and one other fact witnesses.

5. Notwithstanding the discovery that remains outstanding, an irreconcilable dispute over litigation strategy arose during a communication with Mr. Brady on June 15, 2021, that was

reaffirmed following additional communications up to and including July 1, 2021. That irreconcilable dispute gives rise to this motion to withdraw as counsel of record pursuant to L.R. 83.38(3).

6. Pursuant to the Illinois Code of Professional Responsibility Rule 1.16, an attorney may withdraw from representation of a client under various circumstances, which are present here, but, for professional reasons, I am not able to elaborate upon those reasons in this Motion. But, given the substantial disagreement in how to move forward with this matter, I no longer feel able, nor do my colleagues, to continue representing Mr. Brady.

For all foregoing reasons, I request this Court to enter an Order allowing me, along with my colleagues, Mr. DeMar and Ms. González, to withdraw as counsel of record for Brady. Additionally, on behalf of Mr. Brady, I request the Court to extend the current discovery deadlines for a reasonable period of time following the Court's decision on this motion to withdrawal to permit Mr. Brady additional time to complete any outstanding discovery.

Dated: July 6, 2021

*/s/ Terrence J. Truax*
Terrence J. Truax
Michael J. DeMar
Maria del Carmen González
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: 312 923-2738
Facsimile: 312 840-7738
TTruax@jenner.com
MDeMar@jenner.com
MGonzalez@jenner.com
*Attorney(s) for Isaiah I. Brady*